

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LAJUAN MELTON,<br>*Petitioner*<br><br>v.<br><br>KATHLEEN M. DENNEHY, COMMISSIONER,<br>Massachusetts Department of Correction,<br>*Respondent* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. |

## MOTION FOR ADMISSION OF ATTORNEY ANNE GOWEN, PRO HAC VICE, FOR THE DEFENDANT

Now comes the undersigned, David J. Nathanson, a member of the Bar of this Court, and moves pursuant to LAR 83.5.3(b) for admission of Attorney Anne E. Gowen, *pro hac vice*, for the defendant, Lajuan Melton.   My appearance as co-counsel accompanies this motion.

If the Court allows this motion, please direct the Clerk's Office that Ms. Gowen is lead counsel and the attorney to be notified of any events.

Respectfully submitted,

David J. Nathanson
BBO # 633772
Committee for Public Counsel Services
44 Bromfield St.
Boston, MA 02108
617-482-6212

Dated: 4/21/05

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAJUAN MELTON,<br>*Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>SOUZA-BARANOWSKI<br>CORRECTIONAL CENTER<br>*Respondent* | CIVIL ACTION<br>NO. _____ |

## CERTIFICATE OF SERVICE

I, Anne Gowen, hereby certify that I have served Respondent with Attorney David Nathanson's motion for my admission *pro hac vice* by mailing, today, a copy of that motion, first-class postage prepaid, to the following:

Superintendent Lois Russo
Souza-Baranowski Correctional Center
PO Box 8000
Shirley, MA 01464

Attorney General Thomas F. Reilly
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698

Respectfully submitted,

Anne E. Gowen
Attorney for Lajuan Melton

Dated: _____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-10905-GAO

LAJUAN MELTON,
    *Petitioner*          )
                    )
                    )
v.                       )
                    )
LOIS RUSSO, SUPERINTENDENT,  )
  SOUZA-BARANOWSKI        )
  CORRECTIONAL CENTER      )
                    )
      and             )
                    )
KATHLEEN M. DENNEHY      )
    *Respondents*        )

## AFFIDAVIT OF COUNSEL PURSUANT TO
## LOCAL RULE 85.5.3(b)

I, Anne Gowen, hereby certify that:

1.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice;

2.    there are no disciplinary proceeding pending against me as a member of the bar in any jurisdiction; and

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5 DAY OF MAY, 2005.

Anne E. Gowen

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **January** A.D. **1996** , said Court being the highest Court of Record in said Commonwealth:

## Anne Elizabeth Gowen

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-first day of April in the year of our Lord Two thousand and five.

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116