# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| LAJUAN MELTON, <br> *Petitioner* <br><br> v. <br><br> LOIS RUSSO, SUPERINTENDENT, <br> SOUZA-BARANOWSKI <br> CORRECTIONAL CENTER <br> *Respondent* | CIVIL ACTION <br> NO. _____ |

### CERTIFICATE OF SERVICE

I, Anne Gowen, hereby certify that I have served Respondent with Mr. Melton's Petition for a Writ of Habeas Corpus by mailing, today, a copy of the petition, first-class postage prepaid, to the following:

Superintendent Lois Russo
Souza-Baranowski Correctional Center
PO Box 8000
Shirley, MA 01464

Attorney General Thomas F. Reilly
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698

Respectfully submitted,

_____
Anne E. Gowen
Attorney for Lajuan Melton

Dated: 4/26/2005