UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAJUAN MELTON,<br>*Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>SOUZA-BARANOWSKI<br>CORRECTIONAL CENTER<br>*Respondent* | ) CIVIL ACTION<br>) NO.<br>)<br>) **05-10905 GAO**<br>)<br>)<br>)<br>)<br>)<br>) |

PETITIONER'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW
BY MAY 27, 2005

Now comes Petitioner Lajuan Melton and respectfully asks the Court to permit him to file a memorandum of law in support of his petition for a writ of habeas corpus (accompanying this motion) by May 27, 2005. In support thereof, counsel states that she has diligently worked to prepare Mr. Melton's memorandum but will be unable to complete it before May 27.

Respectfully submitted,

Anne E. Gowen
BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@post.harvard.edu

Dated: 4/26/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON,<br>*Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>SOUZA-BARANOWSKI<br>CORRECTIONAL CENTER<br>*Respondent* | CIVIL ACTION<br>NO. _____ |

## CERTIFICATE OF SERVICE

I, Anne Gowen, hereby certify that I have served Respondent with the defendant's motion for leave to file a memorandum of law by May 27, 2005, by mailing, today, a copy of that motion, first-class postage prepaid, to the following:

Superintendent Lois Russo
Souza-Baranowski Correctional Center
PO Box 8000
Shirley, MA 01464

Attorney General Thomas F. Reilly
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698

Respectfully submitted,

_____
Anne E. Gowen
Attorney for Lajuan Melton

Dated: 4/26/05