UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON, )<br>    *Petitioner* )<br>)<br>v. )<br>)<br>LOIS RUSSO, SUPERINTENDENT, )<br>    SOUZA-BARANOWSKI )<br>    CORRECTIONAL CENTER, )<br>  et al. )<br>    *Respondents* ) | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

PETITIONER'S MOTION
(1) FOR LEAVE TO FILE MEMORANDUM OF LAW BY JULY 1, 2005, AND
(2) FOR COURT TO DEFER DECISION ON HABEAS PETITION
UNTIL AFTER THAT DATE

Now comes Petitioner Lajuan Melton and respectfully asks the Court (1) to permit counsel to file a memorandum of law in support of his petition for a writ of habeas corpus by July 1, 2005, and accordingly, (2), not to rule on the petition before that date. In support thereof, Mr. Melton submits the accompanying memorandum.

Respectfully submitted,

LAJUAN MELTON,

by his attorney,

    /s/Anne E. Gowen
Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated: June 24, 2005.

---

I hereby certify that I mailed a true copy of the above document to the Attorney General for the State of Massachusetts (Criminal Bureau -- Appeals Division), who represents the interests of the respondents (Superintendent Russo and Commissioner Dennehy), on June 24, 2005.

    /s/Anne E. Gowen
Anne E. Gowen