UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>    SOUZA-BARANOWSKI<br>    CORRECTIONAL CENTER,<br>  et al.<br>    *Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

MEMORANDUM IN SUPPORT OF PETITIONER'S MOTION
(1) FOR LEAVE TO FILE MEMORANDUM OF LAW BY JULY 1, 2005, AND
(2) FOR COURT TO DEFER DECISION ON HABEAS PETITION
UNTIL AFTER THAT DATE

Petitioner is moving for leave to file a memorandum of law in support of his habeas petition by July 1, 2005, and is asking the Court to defer a decision on the petition until after that date. As reasons therefore, petitioner states:

1. Counsel previously requested leave to file a memorandum by Monday, July 27, 2005, but she now expects to be unable to finish the memorandum by then.

2. In addition to the reasons set out in previous motions, undersigned counsel states that becoming familiar with the law governing habeas corpus petitions (of which this is the first counsel has ever filed) has taken longer than expected.

3. Per Local Rule 7.1(a)(2), counsel contacted the Massachusetts

Attorney General's Office (Criminal Bureau, Appeals Division), which will presumably be representing respondents, to determine if that office objected to this motion. An employee informed counsel that no attorney will be assigned to the case until when and if the Court issues an appropriate order. Therefore, counsel concludes that there is no objection to the motion.

    Respectfully submitted,

    LAJUAN MELTON,

    by his attorney,


    _____/s/Anne E. Gowen_____
    Anne E. Gowen
    Mass. BBO #630486
    64 Princeton-Hightstown Rd., # 127
    Princeton Junction, NJ 08550
    tel. 609.919.0381
    fax 202.478.5203
    aegowen@comcast.net


Dated: June 24, 2005.

---

I hereby certify that I mailed a true copy of the above document to the Attorney General for the State of Massachusetts (Criminal Bureau -- Appeals Division), who represents the interests of the respondents (Superintendent Russo and Commissioner Dennehy), on June 24, 2005.


    _____/s/Anne E. Gowen_____
Anne E. Gowen