UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>    SOUZA-BARANOWSKI<br>    CORRECTIONAL CENTER,<br>et al.<br>    *Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

PETITIONER'S MOTION
(1) FOR LEAVE TO FILE MEMORANDUM OF LAW BY JULY 11, 2005, AND
(2) FOR COURT TO DEFER DECISION ON HABEAS PETITION
UNTIL AFTER THAT DATE

Now comes Petitioner Lajuan Melton and respectfully asks the Court (1) to permit counsel to file a memorandum of law in support of his petition for a writ of habeas corpus by July 11, 2005, and accordingly, (2), not to rule on his petition before that date. In support thereof, Mr. Melton submits the accompanying memorandum.

Respectfully submitted,

LAJUAN MELTON,

by his attorney,

_____/s/Anne E. Gowen_____
Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated: June 28, 2005.

> I hereby certify that on June 28, 2005, I mailed a true copy of the above document to the Attorney General for the State of Massachusetts (Criminal Bureau -- Appeals Division), which will represent the interests of the respondents; and to each respondent.
>
> _____/s/Anne E. Gowen_____
> Anne E. Gowen