UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>    SOUZA-BARANOWSKI<br>    CORRECTIONAL CENTER,<br>  et al.<br>    *Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

MEMORANDUM IN SUPPORT OF PETITIONER'S MOTION
(1) FOR LEAVE TO FILE MEMORANDUM OF LAW BY JULY 11, 2005, AND
(2) FOR COURT TO DEFER DECISION ON HABEAS PETITION
UNTIL AFTER THAT DATE

Petitioner is moving for leave to file a memorandum of law in support of his habeas petition by July 11, 2005, and is asking the Court to defer a decision on the petition until after that date. As reasons therefore, petitioner states:

1. Counsel previously requested leave to file a memorandum by Monday, July 1, 2005.

2. Since filing that request, an issue has developed concerning which counsel must consult with her client, who is incarcerated at the Souza-Baranowski Correctional Center.

3. Because the issue pertains to the claims to be discussed in petitioner's memorandum of law, counsel cannot file that memorandum before speaking with

- 2 -

her client.

4.  Counsel is attempting to contact her client by phone and will continue to do so. Unfortunately, as counsel practices in New Jersey, she is unable to travel to Souza Baranowski to resolve the issue in person.

5.  Counsel apologizes to the Court for her repeated requests for additional time.

6.  Normally, per Local Rule 7.1(a)(2), counsel would contact the Massachusetts Attorney General's Office, which will presumably be representing respondents, to determine if that office objected to this motion. In response to counsel's previous inquiry, however, that office informed counsel that it would not be assigning an attorney to the case until when and if the Court issues an appropriate order. Counsel anticipates that if she were to contact respondents (Superintendent Russo and Commissioner Dennehy) directly, they would refer her to the Attorney General's Office. Therefore, counsel has not sought to obtain consent to this motion.

Respectfully submitted,

LAJUAN MELTON,

by his attorney,

    /s/Anne E. Gowen
Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated: June 28, 2005.

> I hereby certify that on June 28, 2005, I mailed a true copy of the above document to the Attorney General for the State of Massachusetts (Criminal Bureau -- Appeals Division), which will represent the interests of the respondents; and to each respondent.
>
> ____/s/Anne E. Gowen_____
> Anne E. Gowen