UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>    SOUZA-BARANOWSKI<br>    CORRECTIONAL CENTER,<br>  et al.<br>    *Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

PETITIONER'S MOTION
(1) FOR LEAVE TO FILE MEMORANDUM OF LAW BY JULY 22, 2005, AND
(2) FOR COURT TO DEFER DECISION ON HABEAS PETITION
UNTIL AFTER THAT DATE

Now comes Petitioner Lajuan Melton and respectfully asks the Court (1) to permit counsel to file a memorandum of law in support of his petition for a writ of habeas corpus by July 22, 2005, and accordingly, (2), not to rule on his petition before that date. In support thereof, Mr. Melton submits the accompanying memorandum.

>Respectfully submitted,
>
>LAJUAN MELTON,
>
>by his attorney,
>
>
>_____/s/Anne E. Gowen_____
>Anne E. Gowen
>Mass. BBO #630486
>64 Princeton-Hightstown Rd., # 127
>Princeton Junction, NJ 08550
>tel. 609.919.0381
>fax 202.478.5203
>aegowen@comcast.net

Dated: July 11, 2005.

---

I hereby certify that on July 11, 2005, I mailed a true copy of the above document to the Attorney General for the State of Massachusetts (Criminal Bureau -- Appeals Division), which, if this Court orders service of the habeas petition, will represent the interests of the respondents; and to each respondent.

_____/s/Anne E. Gowen_____
Anne E. Gowen