# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ———————————————————— ) | CIVIL ACTION |
| LAJUAN MELTON, ) | NO. 1:05-CV-10905-GAO |
|     *Petitioner* ) | |
| ) | |
| v. ) | |
| ) | |
| LOIS RUSSO, SUPERINTENDENT, ) | |
|     SOUZA-BARANOWSKI ) | |
|     CORRECTIONAL CENTER, ) | |
|   et al. ) | |
|     *Respondents* ) | |
| ————————————————————) | |

### MEMORANDUM IN SUPPORT OF PETITIONER'S MOTION (1)FOR LEAVE TO FILE MEMORANDUM OF LAW BY JULY 22, 2005, AND (2) FOR COURT TO DEFER DECISION ON HABEAS PETITION UNTIL AFTER THAT DATE

Petitioner is moving for leave to file a memorandum of law in support of his habeas petition by July 22, 2005, and is asking the Court to defer a decision on the petition until after that date. As reasons therefore, petitioner states:

1.  Counsel previously moved for leave to file a memorandum by today (Monday, July 11, 2005).

2.  Counsel has almost finished drafting the memorandum, now some thirty pages long, but despite diligent efforts will not be able to complete it by today. Counsel apologizes for the additional delay.

3.  Normally, per Local Rule 7.1(a)(2), counsel would contact the Massachusetts Attorney General's Office, which will represent respondents if the

- 2 -

Court orders service on them, to determine if that office objected to this motion.  In response to counsel's previous inquiry, however, that office informed counsel that it would not assign counsel until when and if the Court ordered service.  Counsel anticipates that if she were to contact respondents (Superintendent Russo and Commissioner Dennehy) directly, they would refer her to the Attorney General's Office.  Therefore, counsel has not sought to obtain consent to this motion.

Respectfully submitted,

LAJUAN MELTON,

by his attorney,


_____/s/Anne E. Gowen_____

Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net


Dated: July 11, 2005.

I hereby certify that on July 11, 2005, I mailed a true copy of the above document to the Attorney General for the State of Massachusetts (Criminal Bureau -- Appeals Division), which, if this Court orders service of the habeas petition, will represent the interests of the respondents; and to each respondent.


____/s/Anne E. Gowen_____

Anne E. Gowen