## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>    SOUZA-BARANOWSKI<br>    CORRECTIONAL CENTER,<br>  et al.<br>    *Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

### PETITIONER'S MOTION FOR LEAVE
### TO WITHDRAW GROUND 2 OF HABEAS PETITION

Now comes Petitioner Lajuan Melton and respectfully asks the Court to permit him to withdraw "Ground 2" of his habeas petition. In support thereof, Mr. Melton submits the accompanying memorandum.

Respectfully submitted,

LAJUAN MELTON,

by his attorney,

    /s/Anne E. Gowen
Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated: July 11, 2005.

- 2 -

I hereby certify that on July 11, 2005, I mailed a true copy of the above document to the Attorney General for the State of Massachusetts (Criminal Bureau -- Appeals Division), which, if this Court orders service of the habeas petition, will represent the interests of the respondents; and to each respondent.


   /s/Anne E. Gowen
Anne E. Gowen

- 2 -