UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>    SOUZA-BARANOWSKI<br>    CORRECTIONAL CENTER,<br>  et al.<br>    *Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

MEMORANDUM IN SUPPORT OF PETITIONER'S MOTION
FOR LEAVE TO WITHDRAW GROUND 2 OF HABEAS PETITION

Petitioner Lajuan Melton is moving for leave to withdraw Ground 2 of his habeas petition. As reasons therefore, Mr. Melton states:

1. His habeas petition presents two grounds for relief.

2. The second ground is that by declining to grant Mr. Melton a new trial after the discovery of new, exculpatory evidence, the Massachusetts Superior Court violated Mr. Melton's due process and equal protection rights.

3. After consulting with counsel, Mr. Melton wishes to withdraw that ground from the Court's consideration. Although Mr. Melton contends that the claim was adequately exhausted, he does not wish to risk a contrary decision from this Court.

4. Normally, per Local Rule 7.1(a)(2), counsel would contact the Massachusetts Attorney General's Office, which will represent respondents if the

Court orders service on them, to determine if that office objected to this motion. In response to counsel's previous inquiry, however, that office informed counsel that it would not assign counsel until when and if the Court ordered service. Counsel anticipates that if she were to contact respondents (Superintendent Russo and Commissioner Dennehy) directly, they would refer her to the Attorney General's Office. Therefore, counsel has not sought to obtain consent to this motion.

        Respectfully submitted,

        LAJUAN MELTON,

        by his attorney,

        _____/s/Anne E. Gowen_____
        Anne E. Gowen
        Mass. BBO #630486
        64 Princeton-Hightstown Rd., # 127
        Princeton Junction, NJ 08550
        tel. 609.919.0381
        fax 202.478.5203
        aegowen@comcast.net

Dated: July 11, 2005.

> I hereby certify that on July 11, 2005, I mailed a true copy of the above document to the Attorney General for the State of Massachusetts (Criminal Bureau -- Appeals Division), which, if this Court orders service of the habeas petition, will represent the interests of the respondents; and to each respondent.
>
> _____/s/Anne E. Gowen_____
> Anne E. Gowen