UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON,<br>  Petitioner,<br><br>v.<br><br>LOIS RUSSO ET AL.,<br>  Respondents. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-10905-GAO<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for the respondents in the above-captioned matter.

                                        Respectfully submitted,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL
                                        <u>/s/ Annette C. Benedetto</u>
                                        Annette C. Benedetto
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts 02108
                                        (617) 727-2200
                                        BBO No. 037060