UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAJUAN MELTON,<br>  Petitioner,<br><br>v.<br><br>LOIS RUSSO ET AL.,<br>  Respondents. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-10905-GAO<br>)<br>)<br>)<br>) |

## MOTION TO ENLARGE THE TIME
## FOR FILING A RESPONSIVE PLEADING

The respondents respectfully move this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to January 10, 2006.

As grounds therefor, the respondents' attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondents to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondents indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondents' attorney has requested the complete updated record of the petitioner's state court proceedings from the Plymouth County District Attorney's office. The district attorney's office must locate the files, duplicate the records, including trial transcripts, and transmit a copy to the Attorney General's Office. These are time-consuming tasks which District Attorney staffers must fit into their regular pressing duties.

2

Additional time is needed to review all the documents and transcripts when they arrive, to research relevant issues and to draft an appropriate response to the petition.

3. In addition, the respondents' attorney is responsible for numerous post-conviction cases which include more than forty-five federal habeas corpus petitions as well as direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters.

WHEREFOR, the respondents respectfully move this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to January 10, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1 (A) (2), the respondents' attorney certifies that she telephoned the petitioner's counsel, Anne E. Gowen, on November 10, 2005, and left a complete message on her telephone answering machine in an attempt to consult on the motion. The undersigned counsel had not received a callback by the time the motion was e-filed.

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General