UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )| |
|---|---|---|
| **LAJUAN MELTON,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10905-GAO |
| | ) | |
| **LOIS RUSSO,** | ) | |
| Respondent. | ) | |
| | ) | |

### MOTION TO DISMISS

The respondent in the above-captioned action respectfully moves this Court to dismiss the petition for failure to state a claim upon which habeas corpus relief can be granted.  Fed. R. Civ. P. 12 (b)(6).  The petitioner has failed to exhaust state remedies as required by 28 U.S.C. § 2254 (b)(1)(a).  The respondent relies on the accompanying memorandum of law in support of her motion to dismiss.

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL
    /s/ Annette C. Benedetto
    Annette C. Benedetto
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200
    BBO No. 037060

2

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1 (A) (2), the respondent's attorney certifies that she telephoned the petitioner's counsel, Anne E. Gowen, on January 10, 2006 and left a complete message on her telephone answering machine in an attempt to consult on the motion. The undersigned counsel had not received a callback by the time the motion was e-filed.

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner's counsel by first class mail, postage prepaid and by electronic filing January 10, 2006.

Anne E. Gowan
64 Princeton-Highstown Rd
# 127
Princeton Junction, NJ 08550

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General