## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| **LAJUAN MELTON,**<br>  Petitioner,<br><br>v.<br><br>**LOIS RUSSO,**<br>  Respondent. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-10905-GAO<br>)<br>)<br>)<br>) |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### LIST OF EXHIBITS

**Exhibit 1:**   Brief and Record Appendix for the Defendant/Appellant on Appeal from the Plymouth County Superior Court dated June 2001 (MAC No.2001-P-312).

**Exhibit 2:**   Supplemental Brief and Record Appendix for the Defendant/Appellant on Appeal from the Plymouth County Superior Court dated September 2002.

**Exhibit 3**   Brief and Appendix for the Commonwealth dated December 2002.

**Exhibit 4:**   Memorandum and Order Pursuant to Rule 1:28 <u>Commonwealth v. LuJuan Melton</u>, 59 Mass. App. Ct. 1111, 798 N.E. 2d 585 (2003)(Unpublished disposition).

**Exhibit 5:**   Application for Further Appellate Review dated November 26, 2003.  (See <u>Commonwealth v. Melton</u>, 441 Mass. 1102, 803 N.E. 2d 332 (2004)(Denied).

The original documents are maintained in the case file in the Clerk's Office.

2

Respectfully submitted,

ATTORNEY FOR RESPONDENT

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

CERTIFICATE OF SERVICE

_____I hereby certify that a true copy of the above document was served upon the petitioner's counsel by first class mail, postage prepaid and by electronic filing January 10, 2006.

Anne E. Gowan
64 Princeton-Highstown Rd
# 127
Princeton Junction, NJ 08550

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General