# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner*<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>SOUZA-BARANOWSKI<br>CORRECTIONAL CENTER,<br>    et al.<br>    *Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

## PETITIONER'S FURTHER MEMORANDUM IN SUPPORT OF P. 12 (MOTION TO WITHDRAW GROUND 2 OF HABEAS PETITION): RESPONDENTS DO NOT OPPOSE THE MOTION

Now comes Petitioner Lajuan Melton and respectfully advises the Court, in further support of his motion (P. 12) to withdraw the second ground of his habeas petition, that Respondents do not oppose that motion.

By way of background: on July 11, 2005, when undersigned counsel initially filed the motion to withdraw Ground 2, the Court had not yet ordered service on Respondents. Counsel did not, therefore,

- 2 -

attempt to secure Respondents' agreement to the motion.  Respondents have now been served and are represented by Assistant Attorney General Annette C. Benedetto.  In a telephone conversation yesterday afternoon, AAG Benedetto authorized undersigned counsel to advise the Court that her clients do not oppose the motion.

Respectfully submitted,

LAJUAN MELTON,

By his attorney,

/s/ Anne E. Gowen
Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated:      January 12, 2006

I hereby certify, pursuant to LAR 5.2(b), that I am today serving a true copy of the above document upon Assistant Attorney General Annette C. Benedetto, the attorney of record for Respondents and a registered ECF user, by electronically filing the document on the ECF system.

/s/ Anne E. Gowen
Anne E. Gowen