UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON,<br>*Petitioner,*<br><br>v.<br><br>LOIS RUSSO, et al.,<br>*Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

PETITIONER'S MOTION FOR LEAVE
TO REPLY TO MOTION TO DISMISS
BY FEBRUARY 17, 2006

Now comes Petitioner Lajuan Melton and respectfully moves the Court to allow him until **February 17, 2006,** to reply to Respondents' motion (Document # 18) to dismiss his habeas petition. As reason for this motion, Mr. Melton states:

1. The motion to dismiss argues that Mr. Melton failed to exhaust Ground 1 of his petition in the Massachusetts state courts.

2. Mr. Melton disputes that claim and should be given the chance to reply to it. See Rules Governing Section 2254 Cases, Rule 5(e).

3. February 17, 2006, is the earliest date by which undersigned counsel will be able to submit a responsive memorandum.

- 2 -

                Respectfully submitted,

                LAJUAN MELTON,

                By his attorney,

                _____/s/Anne E. Gowen_____
                Anne E. Gowen
                Mass. BBO #630486
                64 Princeton-Hightstown Rd., # 127
                Princeton Junction, NJ 08550
                tel. 609.919.0381
                fax 202.478.5203
                aegowen@comcast.net

Dated:   January 19, 2006.

---

CERTIFICATE OF CONSULTATION

Pursuant to LAR 7.1(a)(2), I certify that I yesterday emailed respondents' counsel, Assistant Attorney General Annette C. Benedetto (Annette.Benedetto@AGO.state.ma.us), to ask whether she would agree to this motion. I have not yet received a response.

    /s/Anne E. Gowen_____
Anne E. Gowen

---

CERTIFICATE OF SERVICE

I certify, pursuant to LAR 5.2(b), that I am today serving a true copy of the above document upon Assistant Attorney General Annette C. Benedetto, the attorney of record for Respondents and a registered ECF user, by electronically filing the document on the ECF system.

    /s/Anne E. Gowen_____
Anne E. Gowen