UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner,*<br><br>v.<br><br>LOIS RUSSO, et al.,<br>    *Respondents* | ) CIVIL ACTION<br>) NO. 1:05-CV-10905-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PETITIONER'S **ASSENTED-TO** MOTION
FOR AN EXTENSION OF TIME TO MARCH 10, 2006,
TO REPLY TO MOTION TO DISMISS

Now comes Petitioner Lajuan Melton and respectfully moves the Court to set a new deadline of March 10, 2006, for his reply to Respondents' motion (Document # 18) to dismiss his habeas petition. The current deadline for Mr. Melton's reply is today, February 17, 2006.

**Respondents assent to this motion**.

As reason for his request for additional time, Mr. Melton states:

1.    Respondents' motion to dismiss argues that Mr. Melton failed to exhaust Ground 1 of his petition in the Massachusetts state courts. Respondents argue, *inter alia,* that Mr. Melton's brief to the Massachusetts Appeals Court did not clearly explain his federal claim.

2. In order to respond to this contention, undersigned counsel would like to review the audio recording of the oral argument held before the Appeals Court.

3. Undersigned counsel realized belatedly that she did not have a copy of that recording. She has requested one from the Appeals Court and hopes to receive it in the next few weeks.

4. She therefore respectfully asks the Court to allow her to file her response to the motion to dismiss by March 10, 2006. This is an extension of three weeks from the current deadline of February 17, 2006 (today).

5. Yesterday, counsel contacted Assistant Attorney General Annette C. Benedetto by email and asked if she would assent to this motion; AAG Benedetto replied that she would

Respectfully submitted,

LAJUAN MELTON,

By his attorney,

    /s/Anne E. Gowen
Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated: February 17, 2006.

### CERTIFICATE OF CONSULTATION

Pursuant to LAR 7.1(a)(2), I certify that I yesterday emailed respondents' counsel, Assistant Attorney General Annette C. Benedetto (Annette.Benedetto@AGO.state.ma.us), to ask whether she would agree to this motion; she responded that she would.

    /s/Anne E. Gowen
Anne E. Gowen

### CERTIFICATE OF SERVICE

I certify, pursuant to LAR 5.2(b), that I am today serving a true copy of the above document upon Assistant Attorney General Annette C. Benedetto, the attorney of record for Respondents and a registered ECF user, by electronically filing the document on the ECF system.

    /s/Anne E. Gowen
Anne E. Gowen