UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|                          |   |                          |
|--------------------------|---|--------------------------|
| LAJUAN MELTON,           | ) | CIVIL ACTION             |
| *Petitioner,*            | ) | NO. 1:05-CV-10905-GAO    |
|                          | ) |                          |
| v.                       | ) |                          |
|                          | ) |                          |
| LOIS RUSSO, et al.,      | ) |                          |
| *Respondents*            | ) |                          |

PETITIONER'S MOTION FOR LEAVE TO FILE
AFFIDAVIT OF COUNSEL

Now comes Petitioner Lajuan Melton and respectfully moves the Court for leave to file the attached affidavit of counsel concerning the oral argument in Mr. Melton's case before the Massachusetts Appeals Court.

As reasons for this motion, Mr. Melton states:

1. Respondents have moved to dismiss Mr. Melton's habeas petition. They assert, *inter alia*, that Mr. Melton failed to exhaust Ground 1 in the Massachusetts Appeals Court.

2.  In Ground 1, Mr. Melton asserts that errors in the jury instructions undermined trial counsel's closing argument in violation of the Sixth Amendment.

3.  Although Mr. Melton raised this claim with appropriate federal citations in his Appeals Court brief, he acknowledges that the brief could have been more clearly written.

4.  Nonetheless, he asserts that any confusion was dissipated when, during oral argument, counsel explained to the justices that the judge's instructional errors undermined Mr. Melton's closing argument. (Counsel does not recall whether she orally cited federal law in support of that claim.)

5.  Because counsel does not have a copy of the audio recording of the oral argument, and because the Appeals Court has destroyed its copy, counsel respectfully requests leave to file the accompanying affidavit describing, based on her notes made later on the day of the argument, the claim she made.

Respectfully submitted,

LAJUAN MELTON,

By his attorney,


_____/s/Anne E. Gowen_____
ANNE E. GOWEN
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated:      March 10, 2006.

---

CERTIFICATE OF SERVICE

I hereby certify, pursuant to LAR 5.2(b), that I am today serving a true copy of the above document and the proposed affidavit upon Assistant Attorney General Annette C. Benedetto, the attorney of record for Respondents and a registered ECF user, by electronically filing those documents on the ECF system.


____/s/Anne E. Gowen_____
Anne E. Gowen/

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAJUAN MELTON,<br>    *Petitioner,*<br><br>v.<br><br>LOIS RUSSO, et al.,<br>    *Respondents* | CIVIL ACTION<br>NO. 1:05-cv-10905-GAO |

### AFFIDAVIT OF MR. MELTON'S COUNSEL
### CONCERNING ORAL ARGUMENT IN THE APPEALS COURT

I, Anne Gowen, hereby state that the following is true, to the best of my knowledge and belief:

1. I represent Petitioner Lajuan Melton in this case.

2. On September 8, 2003, I appeared on Mr. Melton's behalf at oral argument before the Massachusetts Appeals Court in *Commonwealth v. Lajuan Melton,* App. Ct. No. 2001-P-0312, Mr. Melton's direct appeal.

3. I do not now remember whether the oral argument included discussion of Mr. Melton's *Herring* claim.

4. However, I have reviewed my notes -- drafted later on the day of the argument -- summarizing the points I had been able to make.

5. According to those notes, I briefly explained to the justices why Mr. Melton contended that the trial judge's instructional errors mattered: it was because defense counsel had relied on the promised instructions in his closing argument.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF MARCH, 2006.

                                                /s/Anne E. Gowen
                                                ANNE E. GOWEN