# ANNE E. GOWEN

CRIMINAL DEFENSE ATTORNEY
APPEALS & POSTCONVICTION MATTERS

64 Princeton-Hightstown Rd., # 127 • Princeton Junction, NJ 08550
Tel. 609.919.0381 • Fax 202.478.5203 • aegowen@comcast.net

---

Thursday, June 01, 2006

Sarah A. Thornton, Clerk of Court
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: **CORRECTION TO COUNSEL'S MAILING ADDRESS**
**WILLIAMS V. MARSHALL, NO. 1:05-CV-12426-WGY**
**MELTON V. RUSSO, NO. 1:05-CV-10905-GAO**

Dear Clerk Thornton:

I represent the petitioners in the two above-numbered cases. I noticed today that PACER lists my office address as being in "Princeton, NJ." The address is actually "Princeton **Junction**, NJ." Would you please update your records accordingly?

Thanks very much.

Sincerely,

Anne E. Gowen
Attorney for E. Williams & L. Melton