# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAJUAN MELTON,<br>*Petitioner*<br><br>v.<br><br>LOIS RUSSO, et al.,<br>*Respondents* | CIVIL ACTION<br>NO. 1:05-CV-10905-GAO |

## PETITIONER'S **ASSENTED-TO** MOTION TO CONTINUE JULY 24, 2006, HEARING

Now comes Petitioner Lajuan Melton and respectfully asks the Court to continue the hearing scheduled for July 24, 2006, to a new date, preferably during the period from September 19 to 28, 2006. **Counsel for Respondents assents to this motion**.

In support of his request, Mr. Melton states:

1.      The Court has scheduled a hearing for July 24, 2006, to consider P.18 (Respondents' motion to dismiss the habeas petition) and P.26 (Mr. Melton's motion for leave to file an affidavit of counsel concerning oral argument in the Massachusetts Appeals Court).

2.    Undersigned counsel will be taking the New Jersey bar examination on July 26 and 27, 2006.  Counsel has already paid the fee ($475.00) to take the examination and incurred the cost of obtaining the numerous records (e.g., criminal history reports) that must be submitted with the application.

3.    Preparing for and traveling to Massachusetts for the hearing on July 24 would deprive counsel of several days of studying for the examination:

a)    Counsel lives and works in New Jersey.

b)    Counsel represents Petitioner, who is indigent, pursuant to appointment by the Committee for Public Counsel Services (CPCS). Because CPCS cannot reimburse attorneys for out-of-state travel, counsel will be traveling by train, bus or car, rather than by airplane.  Traveling will therefore occupy at least ten or eleven hours.

c)    Because this will be counsel's first hearing in federal court, she anticipates requiring more time than usual to prepare.

4.    It has been eleven years since counsel last took a bar examination (in Massachusetts), and she does not believe that she will be able to pass the New Jersey exam if she is unable to study for several days between now and the examination.

- 3 -

5.     Undersigned counsel and Respondents' counsel have conferred.  Given their schedules starting July 28 (the day after the bar examination), **both attorneys would prefer that the new date be set during the period from September 19 to September 28, 2006, if possible for the Court**.

6.     If that period is impossible for the Court, undersigned counsel would respectfully request that the **new date *not* be set during the period from August 10 through August 18,** as counsel has scheduled, and paid for, a family trip during that time.

Respectfully submitted,

LAJUAN MELTON,

by his attorney,

_____/s/Anne E. Gowen_____
Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated: June 21, 2006.

## CERTIFICATE OF CONSULTATION

Pursuant to LAR 7.1(a)(2), I certify that I have consulted with Respondents' counsel, Assistant Attorney General Annette C. Benedetto, and that she has authorized me to state that she assents to this motion.

| _____/s/Anne E. Gowen_____ | _____June 21, 2006_____ |
| Anne E. Gowen | Date |

## CERTIFICATE OF SERVICE

I certify, pursuant to LAR 5.2(b), that I am today serving a true copy of the above document upon Assistant Attorney General Annette C. Benedetto, the attorney of record for Respondents and a registered ECF user, by electronically filing the document on the ECF system.

| _____/s/Anne E. Gowen_____ | _____June 21, 2006_____ |
| Anne E. Gowen | Date |