# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Old Colony Correctional Facility
         1 Administration Road
         Bridgewater, MA 02324

YOU ARE COMMANDED to have the body of   LAJUAN MELTON   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   9  , on the   3RD   floor, Boston, Massachusetts on   SEPTEMBER 25, 2006  , at   2:15PM  

for the purpose of   MOTION HEARING  

in the case of   LAJUAN MELTON V.   LOIS RUSSO, ET AL  

CA Number   05-10905-GAO  

And you are to retain the body of said   LAJUAN MELTON   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   LAJUAN MELTON   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   19   day of   SEPTEMBER, 2006  .


 /s/ George A. O'Toole, Jr
UNITED STATES DISTRICT JUDGE

                                        SARAH A. THORNTON
                                        CLERK OF COURT
          SEAL

                                  By:   Paul Lyness
                                        Deputy Clerk


(Habeas Writ.wpd - 3/7/2005)