# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 LAJUAN MELTON_____
                Peititioner

        v.                            CIVIL ACTION NO. _05-10905-GAO_

 LOIS RUSSO and KATHLEEN M. DENNEHY_____
                 Respondent

### JUDGMENT IN A CIVIL CASE

 O'TOOLE_____, D.J.

      **IT IS  ORDERED AND ADJUDGED**

      **Pursuant to the court's Opinion and Order, dated October 10, 2007, Melton's petition for a writ of habeas corpus is DENIED.**

                                      SARAH A. THORNTON,
                                      CLERK OF COURT

Dated:_ 10/10/07_____      By _/s/ Paul Lyness_____
                                          Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)