UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | CIVIL ACTION |
| LAJUAN MELTON, | ) | NO. 1:05-cv-10905-GAO |
| *Petitioner* | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| LOIS RUSSO, et al., | ) |  |
| *Respondents* | ) |  |
|  | ) |  |
| _____) |  |  |

## NOTICE OF APPEAL

Notice is hereby given that Lajuan Melton, Petitioner in the above-named case, appeals to the United States Court of Appeals for the First Circuit from the denial of his petition for a writ of habeas corpus. Specifically, Mr. Melton appeals from the following:

1. Document # 31: the order denying the petition; and

2. Document # 32: the judgment denying the petition.

Mr. Melton requests, pursuant to LR, D. Mass. 4.5(e), that this Notice of Appeal be filed, despite its not being accompanied by the appropriate filing fee. A motion for leave to proceed on appeal in forma pauperis will be filed shortly.

- 2 -

        Respectfully submitted,

        LAJUAN MELTON,

        by his attorney,

        _____/s/Anne E. Gowen_____
        Anne E. Gowen
        Mass. BBO #630486
        64 Princeton-Hightstown Rd., # 127
        Princeton Junction, NJ 08550
        tel. 609.919.0381
        fax 202.478.5203
        aegowen@comcast.net

Dated: October 24, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 24, 2007.

   ___/s/Anne E. Gowen_____
Anne E. Gowen