**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LAJUAN MELTON, *Petitioner* v. LOIS RUSSO, et al., *Respondents* | CIVIL ACTION NO. 1:05-CV-10905-GAO |

**MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**

Now comes Lajuan Melton, Petitioner in the above-named case, and moves the Court to permit him to proceed, in his appeal from the denial of his petition for a writ of habeas corpus, *in forma pauperis*. As reasons for his request, Mr. Melton states:

1. As demonstrated by his affidavit, attached, he is an indigent prisoner incarcerated at Old Colony Correctional Center.

2. Undersigned counsel represents Mr. Melton on appointment from the Massachusetts Committee for Public Counsel Services. Mr. Melton has been found indigent by the Massachusetts state court system. See counsel's affidavit, attached.

3. As of October 23, 2007, Mr. Melton had $3.22 in his inmate account (see Mr. Melton's affidavit, with "Inmate Transaction Report," attached).

4. Mr. Melton is unable to pay the $ 455.00 ordinarily required to file a notice of appeal and docket a case in the First Circuit Court of Appeals.

WHEREFORE, Mr. Melton respectfully moves the Court to permit him to appeal *in forma pauperis.*

Respectfully submitted,

LAJUAN MELTON,

by his attorney,

/s/Anne E. Gowen

Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated: November 5, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on November 5, 2007.

/s/Anne E. Gowen
Anne E. Gowen

**AFFIDAVIT OF ATTORNEY ANNE GOWEN**

1. The Massachusetts Committee for Public Counsel Services (CPCS) appointed me to represent Lajuan Melton in No. 1:05-CV-10905-GAO.

2. CPCS appoints counsel for clients only if they have been found indigent by the state court system.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF NOVEMBER, 2007.

/s/ Anne E. Gowen
ANNE E. GOWEN

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

**District Court No.** 1:05-CV-10905-GAO
**Appeal No.** ______________________

LAJUAN MELTON

**v.**

LOIS RUSSO and KATHLEEN M. DENNEHY,

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| **Signed:** Lajuan Melton | **Date:** 10/24/07 |

**My issues on appeal are:**

Whether my federal claim was properly exhausted in state court.

***1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.***

| **Income source** | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| **Employment** | $ N/A | $ N/A | $ N/A | $ N/A |
| **Self-employment** | $ N/A | $ N/A | $ N/A | $ N/A |
| **Income from real property (such as rental income)** | $ N/A | $ N/A | $ N/A | $ N/A |
| **Interest and dividends** | $ N/A | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 80 | $ N/A | $ 40-80 | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify) prison Job | $ 108 | $ N/A | $ [illegible] | $ N/A |
| Total Monthly income: | $ 188 | $ N/A | $ ~~70~~-108 | $ N/A |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. ***How much cash do you and your spouse have?*** **$** N/A

**Below, state any money you or your spouse have in bank accounts or in any other financial institution.**

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

Please see attached statement.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration#: N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration#: N/A | N/A | N/A |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ 40[illegible]20 | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: ________ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): ________ | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): ________ | $ N/A | $ N/A |
| Department store (name): ________ | $ N/A | $ N/A |
| Other: ________ | $ N/A | $ N/A |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): ______________ | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes ☒ No If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $__________

If yes, state the attorney's name, address, and telephone number:

______________________________

______________________________

______________________________

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $__________

If yes, state the person's name, address, and telephone number:

______________________________

______________________________

______________________________

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I'm serving a life sentence.

*13.State the address of your legal residence.*

Old Colony Correctional Center

1 Administration Road, Bridgewater Ma. 02324

Your daytime phone number: (_____) N/A

Your age: 27 Your years of schooling: 11 (GED)

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20071024 13:09

Page 1

| | | | |
|---|---|---|---|
| **Commit# :** | W84006 | OLD COLONY CORRECTIONAL CENTER | |
| **Name :** | MELTON, LAJUAN, , | **Statement From** | 20070401 |
| **Inst :** | OLD COLONY CORRECTIONAL CENTER | **To** | 20071024 |
| **Block :** | ATTUCKS III | | |
| **Cell/Bed :** | G13 /T | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $6,188.00 | $6,178.83 | $0.00 | $0.00 |
| 20070403 22:30 | CN - Canteen | 8497805 | | OCC | ~Canteen Date : 20070403 | $0.00 | $8.80 | $0.00 | $0.00 |
| 20070410 13:13 | ML - Mail | 8535901 | | STH | ~STEPHANIE J | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070410 13:13 | MA - Maintenance and Administration | 8535903 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070410 13:13 | TI - Transfer from Institution | 8535905 | | STH | ~Associate Receipt Number is 8535901 | $0.00 | $99.00 | $0.00 | $0.00 |
| 20070410 13:13 | TI - Transfer from Institution | 8535906 | | OCC | ~Associate Receipt Number is 8535901 | $99.00 | $0.00 | $0.00 | $0.00 |
| 20070417 22:30 | CN - Canteen | 8574235 | | OCC | ~Canteen Date : 20070417 | $0.00 | $44.60 | $0.00 | $0.00 |
| 20070418 10:08 | IC - Transfer from Inmate to Club A/c | 8576121 | | OCC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $53.36 | $0.00 | $0.00 |
| 20070419 15:47 | IS - Interest | 8599098 | | OCC | | $0.59 | $0.00 | $0.00 | $0.00 |
| 20070430 13:23 | ML - Mail | 8651587 | | STH | ~RUTHY ANDRADE | $40.00 | $0.00 | $0.00 | $0.00 |
| 20070430 13:23 | TI - Transfer from Institution | 8651588 | | STH | ~Associate Receipt Number is 8651587 | $0.00 | $40.00 | $0.00 | $0.00 |
| 20070430 13:23 | TI - Transfer from Institution | 8651589 | | OCC | ~Associate Receipt Number is 8651587 | $40.00 | $0.00 | $0.00 | $0.00 |
| 20070501 22:30 | CN - Canteen | 8661675 | | OCC | ~Canteen Date : 20070501 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20070508 22:30 | CN - Canteen | 8700665 | | OCC | ~Canteen Date : 20070508 | $0.00 | $33.31 | $0.00 | $0.00 |
| 20070509 15:54 | IS - Interest | 8715491 | | OCC | | $0.17 | $0.00 | $0.00 | $0.00 |
| 20070522 12:32 | ML - Mail | 8789612 | 105 | STH | ~KERI SINGLETON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20070522 12:32 | MA - Maintenance and Administration | 8789615 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070522 12:32 | TI - Transfer from Institution | 8789617 | | STH | ~Associate Receipt Number is 8789612 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20070522 12:32 | TI - Transfer from Institution | 8789618 | | OCC | ~Associate Receipt Number is 8789612 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20070529 15:10 | ML - Mail | 8821082 | | STH | ~R MELBERG | $30.00 | $0.00 | $0.00 | $0.00 |
| 20070529 15:10 | TI - Transfer from Institution | 8821083 | | STH | ~Associate Receipt Number is 8821082 | $0.00 | $30.00 | $0.00 | $0.00 |
| 20070529 15:10 | TI - Transfer from Institution | 8821084 | | OCC | ~Associate Receipt Number is 8821082 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20070605 22:30 | CN - Canteen | 8864122 | | OCC | ~Canteen Date : 20070605 | $0.00 | $55.75 | $0.00 | $0.00 |
| 20070614 15:59 | IS - Interest | 8929850 | | OCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20070618 14:03 | ML - Mail | 8949455 | | STH | ~MELTON, NETTIE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070618 14:03 | MA - Maintenance and Administration | 8949457 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070618 14:03 | TI - Transfer from Institution | 8949459 | | STH | ~Associate Receipt Number is 8949455 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20070618 14:03 | TI - Transfer from Institution | 8949460 | | OCC | ~Associate Receipt Number is 8949455 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20070626 22:30 | CN - Canteen | 8991610 | | OCC | ~Canteen Date : 20070626 | $0.00 | $48.86 | $0.00 | $0.00 |
| 20070627 21:27 | PY - Payroll | 8996595 | | OCC | ~20070610 To 20070616 | $0.75 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20071024 13:09



Commit# : W84006

Name : MELTON, LAJUAN, ,

Inst : OLD COLONY CORRECTIONAL CENTER

Block : ATTUCKS III

Cell/Bed : G13 /T

OLD COLONY CORRECTIONAL CENTER

Statement From 20070401

To 20071024

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070627 21:27 | PY - Payroll | 8996596 | | OCC | ~20070610 To 20070616 | $0.00 | $0.00 | $0.75 | $0.00 |
| 20070702 22:30 | CN - Canteen | 9024770 | | OCC | ~Canteen Date : 20070702 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070704 21:14 | PY - Payroll | 9032817 | | OCC | ~20070617 To 20070623 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20070704 21:14 | PY - Payroll | 9032818 | | OCC | ~20070617 To 20070623 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20070710 22:30 | CN - Canteen | 9069490 | | OCC | ~Canteen Date : 20070710 | $0.00 | $4.51 | $0.00 | $0.00 |
| 20070711 15:54 | IS - Interest | 9081726 | | OCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20070711 15:54 | IS - Interest | 9081727 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20070711 21:13 | PY - Payroll | 9092666 | | OCC | ~20070624 To 20070630 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20070711 21:13 | PY - Payroll | 9092667 | | OCC | ~20070624 To 20070630 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20070717 22:30 | CN - Canteen | 9124227 | | OCC | ~Canteen Date : 20070717 | $0.00 | $4.59 | $0.00 | $0.00 |
| 20070718 21:13 | PY - Payroll | 9128659 | | OCC | ~20070701 To 20070707 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20070718 21:13 | PY - Payroll | 9128660 | | OCC | ~20070701 To 20070707 | $0.00 | $0.00 | $9.00 | $0.00 |
| 20070724 22:30 | CN - Canteen | 9158721 | | OCC | ~Canteen Date : 20070724 | $0.00 | $8.44 | $0.00 | $0.00 |
| 20070725 21:16 | PY - Payroll | 9162577 | | OCC | ~20070708 To 20070714 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20070725 21:16 | PY - Payroll | 9162578 | | OCC | ~20070708 To 20070714 | $0.00 | $0.00 | $9.00 | $0.00 |
| 20070731 22:30 | CN - Canteen | 9191572 | | OCC | ~Canteen Date : 20070731 | $0.00 | $9.59 | $0.00 | $0.00 |
| 20070801 21:16 | PY - Payroll | 9197358 | | OCC | ~20070715 To 20070721 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20070801 21:16 | PY - Payroll | 9197359 | | OCC | ~20070715 To 20070721 | $0.00 | $0.00 | $9.00 | $0.00 |
| 20070806 16:52 | IS - Interest | 9230966 | | OCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20070806 16:52 | IS - Interest | 9230967 | | OCC | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20070807 22:30 | CN - Canteen | 9248339 | | OCC | ~Canteen Date : 20070807 | $0.00 | $8.96 | $0.00 | $0.00 |
| 20070808 21:15 | PY - Payroll | 9255843 | | OCC | ~20070722 To 20070728 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20070808 21:15 | PY - Payroll | 9255844 | | OCC | ~20070722 To 20070728 | $0.00 | $0.00 | $9.00 | $0.00 |
| 20070814 22:30 | CN - Canteen | 9285625 | | OCC | ~Canteen Date : 20070814 | $0.00 | $8.65 | $0.00 | $0.00 |
| 20070815 21:10 | PY - Payroll | 9293164 | | OCC | ~20070729 To 20070804 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20070815 21:10 | PY - Payroll | 9293165 | | OCC | ~20070729 To 20070804 | $0.00 | $0.00 | $9.00 | $0.00 |
| 20070821 22:30 | CN - Canteen | 9321623 | | OCC | ~Canteen Date : 20070821 | $0.00 | $9.16 | $0.00 | $0.00 |
| 20070822 21:13 | PY - Payroll | 9327504 | | OCC | ~20070805 To 20070811 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20070822 21:13 | PY - Payroll | 9327505 | | OCC | ~20070805 To 20070811 | $0.00 | $0.00 | $9.00 | $0.00 |
| 20070823 09:53 | ST - Superintendent Act Transfer | 9337028 | | OCC | ~W84006 MELTON,LAJUAN PERSONAL | $63.81 | $0.00 | $0.00 | $63.81 |
| 20070828 22:30 | CN - Canteen | 9355654 | | OCC | ~Canteen Date : 20070828 | $0.00 | $34.04 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20071024 13:09



**Commit# :** W84006

**Name :** MELTON, LAJUAN, ,

**Inst :** OLD COLONY CORRECTIONAL CENTER

**Block :** ATTUCKS III

**Cell/Bed :** G13 /T

OLD COLONY CORRECTIONAL CENTER

**Statement From** 20070401

**To** 20071024

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20070829 21:15 | PY - Payroll | 9360755 | | OCC | ~20070812 To 20070818 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20070904 12:58 | ML - Mail | 9386790 | | STH | ~MELTON, NETTIE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070904 12:58 | MA - Maintenance and Administration | 9386792 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070904 12:58 | TI - Transfer from Institution | 9386794 | | STH | ~Associate Receipt Number is 9386790 | $0.00 | $49.00 | $0.00 | $0.00 |
| 20070904 12:58 | TI - Transfer from Institution | 9386795 | | OCC | ~Associate Receipt Number is 9386790 | $49.00 | $0.00 | $0.00 | $0.00 |
| 20070904 22:30 | CN - Canteen | 9391998 | | OCC | ~Canteen Date : 20070904 | $0.00 | $44.03 | $0.00 | $0.00 |
| 20070905 21:11 | PY - Payroll | 9398147 | | OCC | ~20070819 To 20070825 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20070906 16:38 | IS - Interest | 9418404 | | OCC | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20070906 16:38 | IS - Interest | 9418405 | | OCC | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20070911 22:30 | CN - Canteen | 9450321 | | OCC | ~Canteen Date : 20070911 | $0.00 | $58.62 | $0.00 | $0.00 |
| 20070912 21:12 | PY - Payroll | 9455716 | | OCC | ~20070826 To 20070901 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20070918 22:30 | CN - Canteen | 9486597 | | OCC | ~Canteen Date : 20070918 | $0.00 | $29.38 | $0.00 | $0.00 |
| 20070919 21:16 | PY - Payroll | 9492152 | | OCC | ~20070902 To 20070908 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20070924 12:58 | ML - Mail | 9513261 | | STH | ~ANA RESENDE | $25.00 | $0.00 | $0.00 | $0.00 |
| 20070924 12:58 | TI - Transfer from Institution | 9513262 | | STH | ~Associate Receipt Number is 9513261 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20070924 12:58 | TI - Transfer from Institution | 9513263 | | OCC | ~Associate Receipt Number is 9513261 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20070925 13:43 | ML - Mail | 9518224 | | STH | ~ANGELA SANTIAGO | $25.00 | $0.00 | $0.00 | $0.00 |
| 20070925 13:43 | TI - Transfer from Institution | 9518225 | | STH | ~Associate Receipt Number is 9518224 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20070925 13:43 | TI - Transfer from Institution | 9518226 | | OCC | ~Associate Receipt Number is 9518224 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20070925 22:30 | CN - Canteen | 9520279 | | OCC | ~Canteen Date : 20070925 | $0.00 | $25.74 | $0.00 | $0.00 |
| 20070926 21:17 | PY - Payroll | 9526456 | | OCC | ~20070909 To 20070915 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20071002 22:30 | CN - Canteen | 9559883 | | OCC | ~Canteen Date : 20071002 | $0.00 | $58.70 | $0.00 | $0.00 |
| 20071003 21:12 | PY - Payroll | 9566175 | | OCC | ~20070916 To 20070922 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20071009 22:30 | CN - Canteen | 9597849 | | OCC | ~Canteen Date : 20071009 | $0.00 | $25.35 | $0.00 | $0.00 |
| 20071010 21:18 | PY - Payroll | 9604259 | | OCC | ~20070923 To 20070929 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20071012 16:48 | IS - Interest | 9630412 | | OCC | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20071016 22:30 | CN - Canteen | 9652694 | | OCC | ~Canteen Date : 20071016 | $0.00 | $18.98 | $0.00 | $0.00 |
| 20071017 12:44 | ML - Mail | 9656823 | | STH | ~REGINA MELTON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20071017 12:44 | MA - Maintenance and Administration | 9656825 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20071017 12:44 | TI - Transfer from Institution | 9656827 | | STH | ~Associate Receipt Number is 9656823 | $0.00 | $24.00 | $0.00 | $0.00 |
| 20071017 12:44 | TI - Transfer from Institution | 9656828 | | OCC | ~Associate Receipt Number is 9656823 | $24.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20071024 13:09

Page : 4

**Commit# :** W84006

**Name :** MELTON, LAJUAN, ,

**Inst :** OLD COLONY CORRECTIONAL CENTER

**Block :** ATTUCKS III

**Cell/Bed :** G13 /T

OLD COLONY CORRECTIONAL CENTER

**Statement From** 20070401

**To** 20071024

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20071017 21:16 | PY - Payroll | 9659062 | | OCC | ~20070930 To 20071006 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20071023 22:30 | CN - Canteen | 9689008 | | OCC | ~Canteen Date : 20071023 | $0.00 | $42.52 | $0.00 | $0.00 |
| | | | | | | $997.99 | $1,003.94 | $63.81 | $63.81 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $3.22 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $3.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |