UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10905

LaJuan Melton

v.

Lois Russo, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-34

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/24/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 7, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/7/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10905-GAO
### Internal Use Only

Melton v. Russo
Assigned to: Judge George A. O'Toole, Jr
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/03/2005
Date Terminated: 10/10/2007
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Petitioner**

**LaJuan Melton**                          represented by **Anne E. Gowen**
                                                            64 Princeton-Hightstown Rd.
                                                            #127
                                                            Princeton Junction, NJ 08550
                                                            609-919-0381
                                                            Fax: 202-478-5203
                                                            Email: aegowen@comcast.net
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David J. Nathanson**
                                                            Committee for Public Counsel Services
                                                            44 Bromfield Street
                                                            Boston, MA 02108
                                                            617-988-8309
                                                            Fax: 617-988-8455
                                                            Email: dnathanson@publiccounsel.net
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Lois Russo**                             represented by **Annette C. Benedetto**
*Superintendent, Souza-Baranowski*                         Department of Attorney General
*Correctional Center*                                      One Ashburton Place
                                                            Boston, MA 02208
                                                            617-727-2200
                                                            Fax: 617-727-5755
                                                            Email: Annette.Benedetto@AGO.state.ma.us
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Respondent**

**Kathleen M. Dennehy**                    represented by **Annette C. Benedetto**

Commissioner, Massachusetts Department  (See above for address)
of Corrections  *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 § 5, receipt number 63957, filed by LaJuan Melton. (Attachments: # 1 Attached documents)NOTE: Case filed in clerk's office on April 27, 2005 but assigned a civil action number on May 3, 2005. (Edge, Eugenia) Additional attachment(s) added on 5/9/2005 (Edge, Eugenia). (Entered: 05/05/2005) |
| 05/03/2005 | 2 | MOTION for Leave to Appear Pro Hac Vice by Gowen Filing fee $ 50, receipt number 63957. c/s by LaJuan Melton.(Edge, Eugenia) Additional attachment(s) added on 5/9/2005 (Edge, Eugenia). (Entered: 05/05/2005) |
| 05/03/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Edge, Eugenia) (Entered: 05/05/2005) |
| 05/03/2005 | 3 | CERTIFICATE OF SERVICE by LaJuan Melton re 1 Petition for writ of habeas corpus (28:2254)(Edge, Eugenia) (Entered: 05/09/2005) |
| 05/03/2005 | 4 | MOTION for Leave to File Memorandum of Law by May 27, 2005 by LaJuan Melton. c/s(Edge, Eugenia) (Entered: 05/09/2005) |
| 05/09/2005 |  | Judge George A. O'Toole Jr.: electronicORDER entered granting 2 Motion for Leave to Appear Pro Hac Vice Added Anne E. Gowen for LaJuan Melton. cc/cl (Edge, Eugenia) (Entered: 05/09/2005) |
| 05/23/2005 | 5 | MOTION for Leave to File *Memorandum of Law by June 27, 2005* by LaJuan Melton.(Gowen, Anne) (Entered: 05/23/2005) |
| 06/24/2005 | 6 | MOTION for Leave to File *Memorandum of Law by July 1, 2005* by LaJuan Melton.(Gowen, Anne) Additional attachment(s) added on 6/28/2005 (Edge, Eugenia). (Entered: 06/24/2005) |
| 06/24/2005 | 7 | MEMORANDUM in Support re 6 MOTION for Leave to File *Memorandum of Law by July 1, 2005* filed by LaJuan Melton. c/s (Edge, Eugenia) (Entered: 06/28/2005) |
| 06/28/2005 | 8 | MOTION for Leave to File *Memorandum of Law by July 11, 2005* by LaJuan Melton.(Gowen, Anne) (Entered: 06/28/2005) |
| 06/28/2005 | 9 | MEMORANDUM in Support re 8 MOTION for Leave to File *Memorandum of Law by July 11, 2005* filed by LaJuan Melton. (Gowen, Anne) (Entered: 06/28/2005) |
| 07/11/2005 | 10 | MOTION for Leave to File *Memorandum of Law by July 22, 2005* by LaJuan Melton.(Gowen, Anne) (Entered: 07/11/2005) |
| 07/11/2005 | 11 | MEMORANDUM in Support re 10 MOTION for Leave to File *Memorandum of Law by July 22, 2005* filed by LaJuan Melton. (Gowen, Anne) (Entered: 07/11/2005) |
| 07/11/2005 | 12 | MOTION to Withdraw *GROUND 2 of Habeas Petition* by LaJuan Melton. |

| | | |
|---|---|---|
| | | (Gowen, Anne) (Entered: 07/11/2005) |
| 07/11/2005 | 13 | MEMORANDUM in Support re 12 MOTION to Withdraw *GROUND 2 of Habeas Petition* filed by LaJuan Melton. (Gowen, Anne) (Entered: 07/11/2005) |
| 07/22/2005 | | ***See entry #14*** MEMORANDUM in Support re 10 MOTION for Leave to File *Memorandum of Law by July 22, 2005 **SHOULD READ: Memorandum in Support re: Lajuan Melton's Petition for a Writ of Habeas Corpus (selection did not appear on ECF)** filed by LaJuan Melton. (Attachments: # (1) Appendix) (Gowen, Anne) Modified on 8/2/2005 (Edge, Eugenia). (Entered: 07/22/2005) |
| 07/22/2005 | 14 | Memorandum in Support by LaJuan Melton to 1 Petition for writ of habeas corpus (28:2254). Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Appendix Pages 1 thru 25# 2 Appendix Pages 26 thru 50# 3 Appendix Pages 51 thru 75# 4 Appendix Pages 76 thru 100# 5 Appendix Pages 101 thru 125) (Edge, Eugenia) (Entered: 08/02/2005) |
| 07/22/2005 | | Notice of correction to docket made by Court staff. Correction: Entry filed by Atty. Anne Gowen on July 22, 2005, corrected because: Document linked to wrong entry. Re-filed by E. Edge on 8/2/05 using filing date of 7/22/05. See entry #14. (Edge, Eugenia) (Entered: 08/02/2005) |
| 10/20/2005 | 15 | Judge George A. O'Toole Jr.: ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Lyness, Paul) (Entered: 10/20/2005) |
| 11/10/2005 | 16 | NOTICE of Appearance by Annette C. Benedetto on behalf of Kathleen M. Dennehy, Lois Russo (Benedetto, Annette) (Entered: 11/10/2005) |
| 11/10/2005 | 17 | MOTION for Extension of Time to January 10, 2006 to File Answer *or other responsive pleading to habeas corpus petition* by Kathleen M. Dennehy, Lois Russo.(Benedetto, Annette) (Entered: 11/10/2005) |
| 01/10/2006 | 18 | MOTION to Dismiss *petition for writ of habeas corpus* by Kathleen M. Dennehy, Lois Russo.(Benedetto, Annette) (Entered: 01/10/2006) |
| 01/10/2006 | 19 | MEMORANDUM in Support re 18 MOTION to Dismiss *petition for writ of habeas corpus* filed by Kathleen M. Dennehy, Lois Russo. (Benedetto, Annette) (Entered: 01/10/2006) |
| 01/10/2006 | 20 | NOTICE by Kathleen M. Dennehy, Lois Russo *of filing of exhibits with clerk's office* (Benedetto, Annette) (Entered: 01/10/2006) |
| 01/12/2006 | 21 | Second MEMORANDUM in Support re 12 MOTION to Withdraw *GROUND 2 of Habeas Petition Respondents Do Not Oppose the Motion* filed by LaJuan Melton. (Gowen, Anne) (Entered: 01/12/2006) |
| 01/17/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 17 Motion for Extension of Time, until 1/10/06 to Answer (Lyness, Paul) (Entered: 01/17/2006) |
| 01/18/2006 | 22 | MOTION for Leave to File *Additional Exhibit* by LaJuan Melton. (Attachments: # 1 Exhibit Proposed exhibit, part 1 of 5# 2 Exhibit Proposed exhibit, part 2 of 5# 3 Exhibit Proposed exhibit, part 3 of 5# 4 Exhibit Proposed exhibit, part 4 of 5# 5 Exhibit Proposed exhibit, part 5 of 5)(Gowen, Anne) (Entered: 01/18/2006) |

| | | |
|---|---|---|
| 01/19/2006 | 23 | MOTION for Leave to File *Reply to Motion to Dismiss by 2/17/2006* by LaJuan Melton.(Gowen, Anne) (Entered: 01/19/2006) |
| 01/20/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 22 Motion for Leave to File, granting 23 Motion for Leave to File (Lyness, Paul) (Entered: 01/20/2006) |
| 01/20/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting Nunc Pro tunc 4 Motion for Leave to File, granting Nunc Pro tunc 5 Motion for Leave to File, granting Nunc Pro tunc 6 Motion for Leave to File, granting Nunc Pro tunc 8 Motion for Leave to File, granting Nunc Pro tunc 10 Motion for Leave to File (Lyness, Paul) (Entered: 01/20/2006) |
| 01/20/2006 | 24 | NOTICE by LaJuan Melton *of Filing Additional Exhibit in Clerk's Office* (Gowen, Anne) (Entered: 01/20/2006) |
| 02/03/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 12 Motion to Withdraw (O'Toole, George) (Entered: 02/03/2006) |
| 02/17/2006 | 25 | Assented to MOTION for Leave to File *Reply to Motion to Dismiss by March 10, 2006,* by LaJuan Melton.(Gowen, Anne) (Entered: 02/17/2006) |
| 02/17/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 25 Motion for Extension of Time to File (O'Toole, George) (Entered: 02/17/2006) |
| 03/10/2006 | 26 | MOTION for Leave to File *Affidavit of Counsel* by LaJuan Melton. (Attachments: # 1 Affidavit AFFIDAVIT OF COUNSEL CONCERNING ORAL ARGUMENT IN THE APPEALS COURT)(Gowen, Anne) (Entered: 03/10/2006) |
| 03/10/2006 | 27 | MEMORANDUM in Opposition re 18 MOTION to Dismiss *petition for writ of habeas corpus* filed by LaJuan Melton. (Gowen, Anne) (Entered: 03/10/2006) |
| 06/05/2006 | 28 | Letter/request (non-motion) from Anne E. Gowen. (Word "Junction" added to address. )(Edge, Eugenia) (Entered: 06/06/2006) |
| 06/16/2006 | | ELECTRONIC NOTICE of Hearing on Motion 26 MOTION for Leave to File *Affidavit of Counsel,* 18 MOTION to Dismiss *petition for writ of habeas corpus*: Motion Hearing set for 7/24/2006 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 06/16/2006) |
| 06/21/2006 | 29 | Assented to MOTION to Continue Hearing set for July 24, 2006 to Sept. 18-28 by LaJuan Melton.(Gowen, Anne) Modified on 6/22/2006 (Edge, Eugenia). (Entered: 06/21/2006) |
| 06/22/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 29 Motion to Continue Motion Hearing set for 9/25/2006 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 06/22/2006) |
| 07/05/2006 | | (Court only) ***Deadlines terminated. (Lyness, Paul) (Entered: 07/05/2006) |
| 09/19/2006 | 30 | Writ of Habeas Corpus ad Prosequendum Issued for September 25, 2006 at 2:15pm. (Lyness, Paul) (Entered: 09/19/2006) |
| 09/25/2006 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Motion Hearing held on 9/25/2006 re 26 MOTION for Leave to File |

| | | |
|---|---|---|
| | | *Affidavit of Counsel* filed by LaJuan Melton,, 18 MOTION to Dismiss *petition for writ of habeas corpus* filed by Kathleen M. Dennehy,, Lois Russo,. Plaintiff's Motion for Leave to File ( 26) is GRANTED, and the defendant's motion to dismiss ( 18 ) is taken under advisement (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 09/25/2006) |
| 09/25/2006 | | Motions terminated: 26 MOTION for Leave to File *Affidavit of Counsel* filed by LaJuan Melton.. (Lyness, Paul) (Entered: 09/25/2006) |
| 10/10/2007 | 31 | Judge George A. O'Toole Jr.: OPINION AND ORDER entered. (Lyness, Paul) (Entered: 10/10/2007) |
| 10/10/2007 | 32 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Respondents against Petitioner(Lyness, Paul) Additional attachment(s) added on 10/12/2007 (Lyness, Paul). (Entered: 10/10/2007) |
| 10/24/2007 | 33 | NOTICE OF APPEAL as to 32 Judgment, 31 Order by LaJuan Melton NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 11/13/2007. (Gowen, Anne) (Entered: 10/24/2007) |
| 11/05/2007 | 34 | MOTION for Leave to Appeal in forma pauperis by LaJuan Melton.(Gowen, Anne) (Entered: 11/05/2007) |
| 11/06/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 34 Motion for Leave to Appeal in forma pauperis (Lyness, Paul) (Entered: 11/06/2007) |
| 11/06/2007 | | (Court only) ***Staff notes: Case compiled and forwarded to J. Ramos (Edge, Eugenia) (Entered: 11/06/2007) |