UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | CIVIL ACTION |
| LAJUAN MELTON,           ) | NO. 1:05-CV-10905-GAO |
| *Petitioner*             ) | |
|                          ) | |
| v.                       ) | |
|                          ) | |
| LOIS RUSSO, et al.,      ) | |
| *Respondents*            ) | |
|                          ) | |
| _____) | |

## MOTION FOR PREPARATION OF TRANSCRIPT AT GOVERNMENT EXPENSE

Now comes Lajuan Melton, Petitioner in the above-named case, and moves the Court to order preparation of the transcript of the hearing of September 25, 2006, at the government's expense. As reasons for this request, Mr. Melton states:

1. This case is his petition for a writ of habeas corpus under 28 U.S.C. § 2254.

2. On September 25, 2006, the Court heard oral argument on Respondents' motion to dismiss. At that hearing, the parties and the Court discussed the adequacy of Mr. Melton's final state-court pleading to exhaust his federal claim.

3. On October 10, 2007, the Court held that the state-court pleading was inadequate and dismissed Mr. Melton's petition.

4. The correctness of the Court's decision will be the primary issue on appeal. The transcript of September 25, 2006, where that issue was discussed, will therefore be critical to the appeal.

5. Mr. Melton is indigent and cannot pay for preparation of the transcript. (On November 6, 2007, this Court allowed his motion to proceed on appeal *in forma pauperis.*)

**THEREFORE, in order that he might proceed on appeal with resources similar to those of a paying litigant, Mr. Melton respectfully moves that the Court order production of the September 25, 2006, transcript at the government's expense.**

Respectfully submitted,

LAJUAN MELTON,

by his attorney,

_____/s/Anne E. Gowen_____
Anne E. Gowen
Mass. BBO #630486
64 Princeton-Hightstown Rd., # 127
Princeton Junction, NJ 08550
tel. 609.919.0381
fax 202.478.5203
aegowen@comcast.net

Dated: December 22, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on December 22, 2007.

/s/Anne E. Gowen
Anne E. Gowen