UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10905-GAO

LAJUAN MELTON,
Petitioner,

v.

LOIS RUSSO, et al.
Respondents.

ORDER
February 1, 2008

O'TOOLE, D.J.

The petitioner has moved for a certificate of appealability from the denial of his habeas corpus

petition on the ground that he had failed to exhaust his federal claim in the state courts.

The certificate of appealability is GRANTED.

/s/ George A. O'Toole, Jr.
United States District Judge