# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 07-2688
USCA Docket Number: 05-10905-GAO

LaJuan Melton

v.

Lois Russo

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed transcripts:

Document Numbers:　　　　　　　　　In Volume:
41　　　　　　　　　　　　　　　　　1 of 1

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/27/08.

Sarah Allison Thornton,
Clerk of Court

By: /s/ Deborah Scalfani
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals